IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02187-AP

DANIEL J. VIGIL,

        Plaintiff,

   v.

LINDA S. McMAHON,[1] Acting Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Brandi L. Studer
Midland Professional Associates
5020 Bob Billings Parkway
Lawrence, KS 66049
(785) 832-8521
(785) 813-0006 (fax)

<u>For Defendant</u>:
Teresa H. Abbott
Special Assistant United States Attorney

---

[1]On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (fax)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

**A.     Date Complaint Was Filed:** October 31, 2006

**B.     Date Complaint Was Served on U.S. Attorney's Office:**  November 15, 2006

**C.     Date Answer and Administrative Record Were Filed**:  January 16, 2007

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

8.      **PROPOSED BRIEFING SCHEDULE**

      A.      **Plaintiff's Opening Brief Due:** March 12, 2007

      B.      **Defendant's Response Brief Due:** April 11, 2007

      C.      **Plaintiff's Reply Brief (If Any) Due:** April 27, 2007

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

      A.      **Plaintiff's Statement:** Plaintiff does not request oral argument.

      B.      **Defendant's Statement:** Defendant does not request oral argument.

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.      **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.      **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.  **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12.  **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 30th day of January, 2007

                        BY THE COURT:

                        <u>*S/John L. Kane*</u>
                        U.S. DISTRICT COURT JUDGE

APPROVED:

s/Brandi L. Studer
Brandi L. Studer
Midland Professional Associates
5020 Bob Billings Parkway
Lawrence, KS 66049
(785) 832-8521
bstuder@midlandgroup.com

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

s/Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorneys for Defendant